APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Kelly J. Odoms
(Please print)

STREET ADDRESS: 9721 So. Genoa Ave

CITY/STATE/ZIP: Chicago, IL 60643

PHONE NUMBER: 773-715-6709

CASE NUMBER: 08CV0411
JUDGE LEFKOW
MAG. JUDGE ASHMAN

Signature: [signed]   Date: 1/18/08

FILED
JAN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT