# United States District Court
## Northern District of Illinois
Eastern Division

Ofoma                                     **JUDGMENT IN A CIVIL CASE**

            v.                                    Case Number: 08 C 411

The Department of Defense, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's complaint is dismissed for lack of jurisdiction.

                                                   Michael W. Dobbins, Clerk of Court

Date: 2/15/2008                           _____

                                                   /s/ Michael Dooley, Deputy Clerk