# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court (312)435-5850

To: District Court Clerk's Office

Re: Notice of Docketing

**FILED**
**MARCH 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | March 11, 2008 |
| Appellate Court No.: | 08-1589 |
| Short Caption: | Ofoma, Kelly J. v. Department of Defense, et al., |
| District Court Judge: | Joan H. Lefkow |
| District Court No.: | 1:08-cv-00411 |

If you have any questions regarding this appeal, please call this office.

**cc:** P. Warren