

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                          312-435-5670

April 2, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Ofoma -v- Dept. Of Defense

U.S.D.C. DOCKET NO. : 08 cv 411

U.S.C.A. DOCKET NO. : 08 - 1589

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)               *1 Volume of Pleadings*

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                    Very truly yours,

                                                    Michael W. Dobbins, Clerk

                                                    By:_____
                                                         D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Ofoma -v- Dept. Of Defense.

USDC NO.    : 08 cv 411

USCA NO.    : 08 - 1589

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 2nd day of Apr. 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           D. Jordan, Deputy Clerk

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00411
### Internal Use Only

1.
Ofoma v. The Department of Defense et al
Assigned to: Honorable Joan H. Lefkow

Case in other court:     08-01589

Date Filed: 02/15/2008
Date Terminated: 02/15/2008
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

Cause: 28:1331 Federal Question

**Plaintiff**

**Kelly J. Ofoma**     represented by **Kelly J. Ofoma**
9721 South Genoa Avenue
Chicago, IL 60643
773-715-6709
PRO SE

V.

**Defendant**
**The Department of Defense**

**Defendant**
**Assistant Secretary of Defense**

**Defendant**
**Robert M. Gates**
*Secretary of Defense*

**Defendant**
**Michael G. Mullen**
*Adm.; Chairman of the Joint Chiefs of Staff*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2008 | 1 | RECEIVED Complaint and three copies by Kelly J. Ofoma. (Exhibits) (kjc, ) (Entered: 01/22/2008) |
| 01/18/2008 | 2 | CIVIL Cover Sheet. (kjc, ) (Entered: 01/22/2008) |
| 01/18/2008 | 3 | PRO SE Appearance by Plaintiff Kelly J. Ofoma. (kjc, ) (Entered: 01/22/2008) |
| 01/18/2008 | 4 | APPLICATION by Plaintiff Kelly J. Ofoma for leave to proceed in forma pauperis. (kjc, ) (Entered: 01/22/2008) |
| 01/18/2008 | 5 | MOTION by Plaintiff Kelly J. Ofoma for appointment of counsel. (kjc, ) (Entered: 01/22/2008) |
| 02/15/2008 | 6 | MINUTE entry before Judge Joan H. Lefkow :Plaintiff's complaint is dismissed for lack of jurisdiction. Plaintiff's application to proceed in forma pauperis [#4] and his motion for appointment of counsel [#5] are denied. (See statement below.) Should plaintiff take an appeal of this decision, leave to proceed in forma pauperis on appeal is hereby denied. Civil Case Terminated.Mailed notice (mad, ) (Entered: 02/15/2008) |
| 02/15/2008 | 7 | ENTERED JUDGMENT on 2/15/2008:Mailed notice(mad, ) (Entered: 02/15/2008) |
| 03/10/2008 | 8 | NOTICE of appeal by Kelly J. Ofoma regarding orders 7 , 6 (Fee Due) (dj, ) (Entered: 03/11/2008) |
| 03/10/2008 | 9 | APPLICATION by Plaintiff Kelly J. Ofoma for leave to appeal in forma pauperis and financial affidavit. (dj, ) (Entered: 03/11/2008) |
| 03/11/2008 | 10 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 03/11/2008)~~ |
| 03/11/2008 | 11 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 8 . Notified counsel (dj, ) (Entered: 03/11/2008)~~ |
| 03/11/2008 | 12 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 8 , USCA Case No. 08-1589. (ar, ) (Entered: 03/13/2008)~~ |
| 03/28/2008 | 13 | MINUTE entry before Judge Honorable Joan H. Lefkow:Plaintiff's motion for leave to appeal in forma pauperis 9 is stricken, having been previously denied in the order of 2/15/2008.Mailed notice (mad, ) (Entered: 03/28/2008) |

**KEY**

**All items are included in this record.**
**All cross out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**