# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

ORDER

**FILED**

May 12, 2008

MAY 1 3 2008  PH
May 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Before

FRANK H. EASTERBROOK, Chief Judge

DANIEL A. MANION, Circuit Judge

| No.: 08-1589 | KELLY J. OFOMA, Plaintiff - Appellant<br><br>v.<br><br>DEPARTMENT OF DEFENSE, ASSISTANT SECRETARY OF DEFENSE, ROBERT M. GATES, Secretary of Defense, et al., Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cv-00411
Northern District of Illinois, Eastern Division
District Judge Joan Lefkow

Upon consideration of the request for leave to proceed as a pauper on appeal, the district court's final order, and the record on appeal,

IT IS ORDERED that the motion for leave to proceed on appeal in forma pauperis is DENIED. Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b).

form name: c7_Order_3J (form ID: 177)