

**CERTIFIED COPY**

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 13, 2008

**FILED**

JUN 1 6 2008  TC
6-16-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1589 | KELLY J. OFOMA, Plaintiff - Appellant v. DEPARTMENT OF DEFENSE, ASSISTANT SECRETARY OF DEFENSE, ROBERT M. GATES, Secretary of Defense, et al., Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cv-00411
Northern District of Illinois, Eastern Division
Court Reporter Pamela Warren
Clerk/Agency Rep Michael Dobbins
District Judge Joan Lefkow

This cause, docketed on March 11, 2008, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: c7_FinalOrderWMandate (form ID: 137)

A True Copy
Teste:

_[signature]_ Deputy

Clerk of the United States
Court of Appeals for the
Seventh Circuit