# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

June 20, 2008

**FILED**

JUN 2 3 2008 PH
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

To:     Michael Dobbins
        UNITED STATES DISTRICT COURT
        Northern District of Illinois
        Chicago 60604-0000

| | |
|---|---|
| No.: 08-1589 | KELLY J. OFOMA,<br>Plaintiff - Appellant<br>v.<br><br>DEPARTMENT OF DEFENSE, ASSISTANT SECRETARY<br>OF DEFENSE, ROBERT M. GATES, Secretary of Defense, et al.,<br>Defendants - Appellees |

District Court No: 1:08-cv-00411
Northern District of Illinois, Eastern Division
Court Reporter Pamela Warren
Clerk/Agency Rep Michael Dobbins
District Judge Joan Lefkow

The mandate or agency closing letter in this cause issued on June 13, 2008.
Returned herewith is the record which was transmitted to this court.

**RECORD ON APPEAL STATUS:**          Entire record returned consisting

of

**Pleadings:**      1   ✓   ᴴᴴ

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                             **Received by:**

_____         _____

form name: *c7_Record_Return_toDC* (form ID: 205)